UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO MURRYA MCIVER,<br><br>                    Plaintiff,<br><br>        -against-<br><br>GINGER ALE; CANADA DRY; KEURIG DR. PEPPER,<br><br>                    Defendants. | 24-cv-9102 (LLS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the June 23, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated:  June 24, 2025
          New York, New York

                                            /s/ Louis L. Stanton
                                              LOUIS L. STANTON
                                          United States District Judge